**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 15-cv-01794-CMA-KMT

HOWARD L. RICHMOND,

    Plaintiff,

v.

THE STANDARD INSURANCE COMPANY, an Oregon corporation licensed to transact, and in fact transacting, business in the state of Colorado, and

BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation licensed to transact, and in fact transacting, business in the state of Colorado,

    Defendants.

---

**ORDER GRANTING DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' Joint Stipulation for Dismissal with Prejudice (Doc. # 42), signed by the attorneys for the parties hereto, it is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay its own attorney fees and costs.

DATED: March 21, 2016        BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge